**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA**

| | |
|---|---|
| **SYMBOLOGY INNOVATIONS, LLC,** *Plaintiff*, v. **IPIC THEATRES, LLC** *Defendant*. | C.A. No. 9:20-cv-80693-RS **JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

Now come Plaintiff, Symbology Innovations, LLC and Defendant, IPIC Theatres, LLC, by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 41, and hereby move this Court to dismiss all claims against Defendant IPIC Theatres, LLC WITH PREJUDICE and all counterclaims against Plaintiff Symbology Innovations, LLC WITHOUT PREJUDICE, with each party to bear its own attorneys' fees and costs. The parties believe that the Motion to Dismiss currently pending [D.E. 8] in this matter is now moot.

Dated: June 29, 2020

Respectfully submitted,

*/s/ Howard L. Wernow*
Howard Wernow, B.C.S.
Fla Bar No. 107560
SAND SEBOLT & WERNOW CO., LPA
4940 Munson Street NW
Canton, Ohio 44718
Telephone: 330-244-1174
Facsimile: 330-244-1173
Howard.Wernow@sswip.com

*Board Certified in Intellectual Property Law by the Florida Bar*

***Attorney(s) for Plaintiff Symbology Innovations, LLC***

1

/s/ Eleanor T. Barnett
Eleanor T. Barnett, Esq.
Florida Bar No. 0355630
WALDMAN BARNETT, P.L.
3250 Mary Street, Suite 102
Coconut Grove, Florida 33133
Tel: (305) 371-8809
ebarnett@waldmanbarnett.com
litservice@waldmanbarnett.com

Neil J. McNabnay, Esq. *(pro hac vice)*
Texas Bar No. 24002583
mcnabnay@fr.com
FISH & RICHARDSON P.C.
1717 Main Street, Suite 5000
Dallas, Texas 75201
(214) 747-5070 (Telephone)
(214) 747-2091 (Facsimile)

***Attorney(s) for Defendant IPIC Theatres, LLC***

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and correct copy has been electronically filed using the CM/ECF filing system, which automatically sends email notifications to all counsel of record and which will permit viewing and downloading of same from the CM/ECF system on June 29, 2020.

/s/ Howard L. Wernow
Howard L. Wernow