UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80693-CIV-SMITH

SYMBOLOGY INNOVATIONS, LLC,

        Plaintiff,

vs.

IPIC THEATRES, LLC.,

        Defendant.

_____/

## ORDER OF FINAL DISMISSAL

This matter is before the Court on the parties' Joint Motion to Dismiss [DE 17], seeking dismissal with prejudice of all claims against Defendant IPIC Theatres, LLC and dismissal without prejudice of all counterclaims against Plaintiff Symbology Innovations, LLC. Upon consideration, it is

**ORDERED** that:

1. The parties' Joint Motion to Dismiss [DE 17] is **GRANTED**:

   a) All claims against Defendant are **DISMISSED with prejudice**.

   b) All counterclaims against Plaintiff are **DISMISSED without prejudice.**

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. This case is **CLOSED.**

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 7th day of July, 2020.

                                                  _____
                                                  RODNEY SMITH
                                                  UNITED STATES DISTRICT JUDGE

cc:    All counsel of record